ALBANY EXCHANGE SAVINGS BANK, Respondent, *v.* WILLIAM C. BRASS et al., Appellants, Impleaded with Others.

*Albany Exchange Savings Bank* v. *Brass,* 57 App. Div. 370, affirmed. (Argued June 17, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee:

*Edwin Countryman, P. E. Du Bois* and *R. W. Brass* for appellants.

*William L. Learned* and *A. V. De Witt,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.